UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

———

No. 6:24-cv-00455

———

**John Francis,**
*Plaintiff,*

v.

**Powledge Unit,**
*Defendant.*

———

# ORDER

Plaintiff John Francis, proceeding pro se, filed this civil action complaining of alleged deprivations of his constitutional rights while incarcerated at the Texas Department of Criminal Justice. Doc. 3. The case was referred to a magistrate judge.

The magistrate judge ordered plaintiff to file an amended complaint setting out a short and plain statement of his claims. Doc. 8. Plaintiff failed to comply. The magistrate judge issued a report and recommendation that plaintiff's case be dismissed without prejudice under 28 U.S.C. § 1915A(b). Doc. 12 at 4.

Plaintiff acknowledged receipt of the report on March 11, 2025, Doc. 13, but did not file objections. When there have been no timely objections to a report, "the court need only satisfy itself that there is no clear error on the face of the record." Fed. R. Civ. P. 72(b), advisory committee's notes to 1983 amendment. Having reviewed the record and being satisfied that there is no clear error, the court accepts the report's findings and recommendations. Plaintiff's case is dismissed without prejudice as frivolous and for failure to state a claim upon which relief may be granted. Any pending motions are denied as moot. The clerk shall send a copy of this order to the administrator of the Three Strikes List for the United States District Court for the Eastern District of Texas.

*So ordered by the court on October 1, 2025.*

J. CAMPBELL BARKER
United States District Judge